Case 3:18-cv-01193-MJR-SCW Document 1 Filed 06/04/18 Page 1 of 10 Page ID #1
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1 of 9

## UNITED STATES DISTRICT COURT
## DISTRICT OF ILLINOIS

Theodore Beasley (R72028)

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sgt Larry Hicks

Kennedy Hamilton

C.O. Ridder

Nurse Terry

Nurse Duane

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**FILED**

JUN - 4 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Case No: 18-1193-MJR
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1 OF 6

I. **Plaintiff(s):**

    A.    Name: Theodore Beasley

    B.    List all aliases: Unknown

    C.    Prisoner identification number: R72028

    D.    Place of present confinement: Shawnee Correction Center

    E.    Address: 6665 State Route 146 East, Vienna, IL 62995

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: Kennedy Hamilton

       Title: Lieutenant

       Place of Employment: Shawnee Corr Ctr

    B.    Defendant: Larry Hicks

       Title: Seargent

       Place of Employment: Shawnee Corr CTR

    C.    Defendant: Ridder

       Title: Corrections Officer

       Place of Employment: Shawnee Corr CTR

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2 OF 6

D. Defendent: Nurse Terry
   Title: Nurse
   Place of Employment: Shawnee Corr CTR
E. Defendent: Nurse Duane
   Title: Nurse
   Place of Employment    Shawnee Correction    Center

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: **None**

B.   Approximate date of filing lawsuit: **None**

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: **None**

D.   List all defendants: **NONE**

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **NONE**

F.   Name of judge to whom case was assigned: **NONE**

G.   Basic claim made: **NONE**

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): **None**

I.   Approximate date of disposition: **None**

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



## Statement of Claim

1) On Febuary 4Th 2018, Defendant Sgt Hicks deliberatly lied to Michael Swift #M41036 and told him that I was a "baby raper" and then walked away and said loudly "Beasley is a child molester." Which caused the entire segragation wing population to shout out their doors to beat me up and rape me. Also Defendant Hicks delibrate lie put my life in danger by prompting Inmate Swift to attack me. Defendant Hicks action to disclose falsely that I was a convicted sex offender violated plantiffs rights and constituted cruel and unusual punishment under the Eighth Amendment. Defendant Hicks violated IDOC Employee policy by anouceing falsely that I was a child molester. Defendant Hicks knew that by telling inmate Swift and all of seg that I was a sex offender and a child molester that I would be or at least hopefully seriously harmed. Refer to Exhibt A,B,C,D please

2) Defendant Hicks failed deliberately to intervene when plaintiff was being attacked in cell #25 in Shawnee Correction Admin Seg. Defendant Hicks Also deliberately and maliciously ignored my screams for help by walking to cell #25 and looking in and walking away while I was being attacked. Defendant Hicks actions violated IDOC policy and violated plantiffs rights and constituted cruel and unusual punishment under the Eighth Amendment. Defendant Hicks caused Plaintiff pain, suffering, physical injury and emotional distress. Please refer to exhibt A,B,C,D.

3) Defendant Hicks used excessive force against plaintiff by punching him in the back of the head and then punching him in the face numerous times when plaintiff was escorted by Defendant Hicks to the segragation lobby. Defendant Hicks also ignored Plaintiffs crys for help and to stop. Plaintiff was not violating any prison rule and was not acting disruptively. Defendant Hicks action violated Plaintiffs rights under the Eighth Amendment and caused Plaintiff pain, suffering, physical injury and emotional distress. Please refer to Exhibit A,B,C,D

4) Defendant Hicks used excessive force against Plaintiff by stepping on his left side of face when he fell to the floor to avoid punches from Defendant Hicks. Plaintiff was not violating any prison rule and was not acting disruptively. Defendant Hicks also ignored Plaintiffs crys for help. Defendant Hicks action violated Plaintiffs rights under the Eighth Amendment and caused Plaintiff pain and suffering, physical injury and Emotional distress.
Please refer to exhibit A,B,C,D

5) Defendant Terry observed the injuries to Plaintiff face while Plaintiff was in a holding cage in the seg lobby. Defendant Terry ignored Plaintiffs pleading for Defendant Terry to help him because he was attacked by Defendant Hicks. Defendant Terrys action to ignore Plaintiffs pleas for help and medical attention showed deliberate ignorance to plaintiffs obvious serious medical needs and violated plaintiffs rights under the Eighth Amendment and caused Plaintiff pain and suffering and emotional distress. Defendant Terrys action constituted cruel and unusual punishment.
Please refer to exhibit A,B,C D

6) Defendant Terry failed to follow IDOC and Wexford policy to provide inmates with obvious serious medical injuries at the Health Care Unit. Defendant Terry had Plaintiff escorted to a utility sink so that Plaintiff could lean over the sink and allow Defendant Terry to wash Plaintiffs blood of his face so that Defendant Terry could attempt to locate the source of the blood. Defendant Terry watched and failed to intervene when Plaintiff became very lightheaded and dizzy enough that he blacked out and fell to the floor as he leaned over. Defendant Terry watched and failed to intervene when Defendant Hamilton dragged Plaintiff to the holding cage and flipped Plaintiffs legs over his head like a dead body to get Plaintiff into the cage. Defendant Terrys deliberate ignorance to Plaintiffs serious medical needs violated Plaintiffs rights and constituted cruel and unusual punishment under the Eighth Amendment and caused Plaintiff pain, suffering and emotional distress. Please Refer to exhibit A B C D.

7) Defendant Hamilton used excessive force against Plaintiff by draging him by his arm which was handcuffed behind his back across the floor to the cage and by flipping Plaintiffs legs over his head. Defendant Hamilton refused to allow Plaintiff to recieve medical care immediately or to annouce an medical emergency over the Shawnee radio following Plaintiff passing out. Defendant Hamiltons actions violated IDOC poley. Defendant Hamiltons actions violated Plaintiffs rights under the Eight Amendment and caused Plaintiff pain and suffering and emotional distress.

Please refer to exhibit A,B,C D

8) Defendant Hamilton used excessive force against Plaintiff by punching him numurous times in the back of the head, neck and body while he was faceing the back wall in the holding cage. Defendant Hamilton ignored Plaintiff crys and shouts for help. Plaintiff was not violateing any prison rule and was not acting disruptively. Defendant Hamiltons action violated Plaintiff rights under the Eighth Amendment and caused Plaintiff pain, suffering and emotional distress.

Please refer to exhibit A BCD

9) Defendants Hamilton and Ridder both used excessive force against Plaintiff by slaming him into a corner in the area between two doors in the seg unit and began punching him numurous times in the back of his head, neck back and strikeing him in the thigh. Defendant Hamilton smashed plaintiffs face against a window pane and held it there with the palm of his hand. Defendants Hamilton and Ridder both ignored Plaintiff crys for help. Their actions violated IDOC policy and violated Plaintiffs rights under the Eight Amendment and caused Plaintiff pain suffering, physical injury and emotional distress. Plaintiff was not violating any prison rule and was not acting disruptivly.

Please Refer to exhibit A,B,C,D.

10) Defendants Hamilton and Ridder both used excessive force against Plaintiff by punching him in the face multple times and repeatedly on his feet with the heel of Ridders boot while escorting Plaintiff

to the Health care unit Plaintiff was not violating any prison
rule and was not acting disruptivly. Both defendents ignored Plaintiff
crys for help and for them to stop beating him. Both Defendents action
violated IDOC policy and caused Plaintiff pain, suffering and physical
injury and emotional distress and violated Plaintiffs rights under
the Eighth Amendment.
Please refer to exhibit A B C D

11) Defendants Terry and Duane both were told by the Plaintiff
how he recieved the injuries to his face. Defendant Duane told
Plaintiff after he said how he got his injuries that it sounded
like good cardio. Both Defendants refused to give any medical attenti
to Plaintiffs obvious injuries to his face. Both defendants failed to
file properly any documitation regarding how Plaintiff got his injuries
Both Defendants actions violated IDOC policy and Wexford as well.
Defendant actions showed deliberate ignorance to Plaintiffs
serious medical needs and violated Plaintiffs rights and
constituted cruel and unusual punishment under the Eightht Amendm
Both Defendants action caused Plaintiff suffering and emotional
distress.
Please refer to exhibit A, C

12) Defendant Hamilton used excessive force against Plaintiff by
pokeing plaintiff in the back of the head as Defendant Hamilton
said "Don't do nothing stupid like snitch or else whatever happens is
on you." Defendant Hamilton action violated IDOC policy. Plaintiff
was not violateing any prison rule and was not acting disruptivly, Defendan
Hamilton action caused Plaintiff emotional distress and violated Plaintif
rights under the Eighth Amendment. Please refer to exhibit A,C,D

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

9 of 9

## V.     Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I seek to press criminal charges against the defendants.
I want a chance to prove my case in court.
I want the courts to make make the Defendants give a declaration that the acts
described by me did happen. I want punitive damages as well.
I want to be compensated financially due to the physical and mental stress
I endured due to being viciously and maliously beaten. Whatever the courts see fit

VI.     The plaintiff demands that the case be tried by a jury.   ☒ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __31__ day of __May__ , 20_18_

_____
(Signature of plaintiff or plaintiffs)

Theodore Beasley
(Print name)

R72028
(I.D. Number)

6665 STATE Route 146 East

Vienna, IL

62995
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PRIORITY MAIL

neopost
06/01/2018
US POSTAGE $007.25⁰

ZIP 62995
041M12251977

...eodore Beasley A14060
...5 State Route 146 East
...enna, IL
...2895

U.S. CourtHouse
750 Missouri Aenue
East St. Louis
...

Mail Legal

MAIL CLEA...
US MARS...